**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAJIE HE, AKA JIANJIE HE,<br><br>Petitioner,<br><br>v.<br>FERETI SAMAIA, et al.,<br><br>Respondents. | Case No. 5:26-cv-02210-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 17, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE